Argued and submitted March 28, affirmed June 5, 2002

## STATE OF OREGON,
*Respondent,*

*v.*

## KELLY RAY JUCHEMICH, `
*Appellant.*

### 9907-35055; A110705

48 P3d 192

Rankin Johnson IV, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the briefs were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, Deits, Chief Judge, and Kistler, Judge.